IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| BALTIMORE COUNTY, MARYLAND, | * | |
| Plaintiff, | * | Civil Action No. MJG-10-1104 |
| v. | * | |
| PRICELINE.COM INCORPORATED, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Plaintiff and the Expedia Defendants—specifically, Expedia, Inc., Hotels.com, L.P., Hotwire, Inc., Hotels.com GP, LLC, Hotels.com (Delaware) (also referred to in Plaintiff's Complaint in this case as "Hotels.com, Inc."), TravelNow.com, Inc., and Expedia, Inc. (Delaware)—hereby stipulate to the dismissal of this case with prejudice of all claims against the Expedia Defendants, on the terms set forth in the Settlement Agreement between the parties, with each party to bear its own respective costs and attorneys' fees.

Dated: 5th day of June, 2013

/s/ David Davenport
David W. Davenport
Lamar Archer & Cofrin, LLP
50 Hurt Plaza, S.E., Suite 900
Atlanta, GA 30303
404-577-1777
Fax: 404-577-9490
Email: dwdavenport@laclaw.net

/s/ John W. Crongeyer
John W. Crongeyer
Crongeyer Law Firm, PC
2170 Defoor Hills Rd.
Atlanta, GA 30309
404-542-6205
Fax: 404-872-3745
Email: jcrongeyer@vclawfirm.com

*Counsel for Baltimore County*

/s/ J. Stephen Simms
J. Stephen Simms
John Thomas Ward
M. Scotland Morris
Simms Showers LLP
20 S Charles St., Ste 702
Baltimore, MD 21201
410-783-5795
Fax: 410-510-1789
Email: jssimms@simmsshowers.com
Email: jtward@simmsshowers.com
Email: smorris@simmsshowers.com

*Counsel for Defendants*

James P. Karen
(admitted *pro hac vice*)
Deborah S. Sloan
Emmanuel E. Ubinas
(admitted *pro hac vice*)
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
Email: jkaren@jonesday.com
Email: dsloan@jonesday.com
Email: eeubinas@jonesday.com

*Counsel for Defendants Expedia, Inc. (DE); Expedia, Inc. (WA); Hotels.com; Hotels.com, L.P.; Hotels.com GP, LLC; Hotwire, Inc.; and TravelNow.com, Inc.*