FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 JUN -7 P 12: 05

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| BALTIMORE COUNTY, MARYLAND, | * | |
| Plaintiff, | * | Civil Action No. MJG-10-1104 |
| v. | * | |
| PRICELINE.COM INCORPORATED, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Plaintiff and the Expedia Defendants—specifically, Expedia, Inc., Hotels.com, L.P., Hotwire, Inc., Hotels.com GP, LLC, Hotels.com (Delaware) (also referred to in Plaintiff's Complaint in this case as "Hotels.com, Inc."), TravelNow.com, Inc., and Expedia, Inc. (Delaware)—hereby stipulate to the dismissal of this case with prejudice of all claims against the Expedia Defendants, on the terms set forth in the Settlement Agreement between the parties, with each party to bear its own respective costs and attorneys' fees.

Dated: 5th day of June, 2013

SO ORDERED, on Thursday, June 6, 2013.

/s/
Marvin J. Garbis
United States District Judge

