FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 OCT 31 A 11: 51

CLERK'S OFFICE

BY .............. DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Baltimore Division

Baltimore County, Maryland　　　　　*

Plaintiff,　　　　　*　　　　Civil Action No. MJG-10-1104

v.　　　　　*

priceline.com Incorporated, *et al.*,　　　*

Defendants.　　　　　*

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, plaintiff Baltimore County, Maryland and defendants

Travelport, Orbitz, Inc. and Cheaptickets, Inc. stipulate to the dismissal from this action of

defendants Travelport, Orbitz, Inc. and Cheaptickets, Inc., each party to bear its own costs and

attorneys fees.:

Dated: October 25 ,2013.

/s/ John W. Crongeyer
John W. Crongeyer
2170 Defoor Hills Rd.
Atlanta, GA 30309
404-542-6205
Fax: 404-872-3745
Email: jcrongeyer@vclawfirm.com

/s/ David Davenport
David W. Davenport
Lamar Archer & Cofrin, LLP
50 Hurt Plaza, S.E., Suite 900
Atlanta, GA 30303
404-577-1777
Fax: 404-577-9490
Email: dwdavenport@laelaw.net

Baltimore County Counsel

s/ J. Stephen Simms
J. Stephen Simms (#4269)
John T. Ward
M. Scotland Morris
Simms Showers LLP
20 S. Charles Street, Suite 702
Baltimore, Maryland 21201
Telephone:  410-783-5795
Facsimile: 410-510-1789
Email: jssimms@simmsshowers.com
Email: jtward@simmsshowers.com
Email: smorris@simmsshowers.com

Elizabeth B. Herrington
Jeffrey A Rossman
Megan Thibert-Ind
McDermott Will & Emery LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984 7700

Travelport, Orbitz, Inc. and Cheaptickets, Inc. Counsel

SO ORDERED this 31st day of October, 2013.

/s/
_____
Marvin J. Garbis
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on October 25, 2013, I caused the foregoing to be filed with this Court's CM/ECF system for service on all record counsel.

/s/ J. Stephen Simms