FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 OCT 31  A 11: 51

CLERK'S OFFICE
~~AT~~
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

BALTIMORE COUNTY, MARYLAND,           *

        Plaintiff,            *           Civil Action No. MJG-10-1104

v.                                     *

PRICELINE.COM INCORPORATED, et al.,    *

        Defendants.           *

\*   \*   \*   \*   \*   \*   \*

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Baltimore County, Maryland ("Plaintiff") and Defendant Sabre Holdings Corporation ("Sabre") stipulate that Sabre is hereby dismissed without prejudice.

In dismissing Sabre without prejudice from this proceeding, Plaintiff is relying on the declaration of Sabre's representative, attached hereto as Exhibit A.

If any of the statements contained in Exhibit A are subsequently determined to be untrue or materially inaccurate, Sabre agrees that any new claims asserted by Plaintiff against Sabre based on such untrue or materially inaccurate statements will relate back to the original date that Sabre was named in this proceeding, subject to and without waiving any applicable limitations period applied to the original claim.

Dated: October 25, 2013

SO ORDERED, ADJUDGED, and DECREED this the 31st day of October, 2013

                           /s/
                    HONORABLE MARVIN J. GARBIS
                    UNITED STATES DISTRICT JUDGE