FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 OCT 31 A 11: 51

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BALTIMORE COUNTY, MARYLAND, | * | |
| Plaintiff, | * | Civil Action No. MJG-10-1104 |
| v. | * | |
| PRICELINE.COM INCORPORATED, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \*

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Baltimore County, Maryland ("Plaintiff") and Defendant Travelocity.com Inc. (n/k/a Travelocity.com LLC) ("Travelocity") stipulate that Travelocity is hereby dismissed without prejudice.

In dismissing Travelocity without prejudice from this proceeding, Plaintiff is relying on the declaration of Travelocity's representative, attached hereto as Exhibit A.

If any of the statements contained in Exhibit A are subsequently determined to be untrue or materially inaccurate, Travelocity agrees that any new claims asserted by Plaintiff against Travelocity based on such untrue or materially inaccurate statements will relate back to the original date that Travelocity was named in this proceeding, subject to and without waiving any applicable limitations period applied to the original claim.

Dated: October 25, 2013.

SO ORDERED, ADJUDGED, and DECREED this the 31st day of October, 2013

/s/
HONORABLE MARVIN J. GARBIS
UNITED STATES DISTRICT JUDGE

1