FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 NOV 13 A 11: 40

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

BALTIMORE COUNTY, MARYLAND           *

Plaintiff,          * Civil Action No. MJG-10-1104

v.                                   *

PRICELINE.COM INCORPORATED, *ET AL.*,   *

Defendants.         *

\*     \*     \*     \*     \*     \*     \*

## STIPULATION OF DISMISSAL, WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Plaintiff and Orbitz, LLC and Trip Network, Inc. (d/b/a Cheaptickets.com) hereby stipulate to the dismissal of this case with prejudice with respect to any claims relating to conduct occurring up to and through June 30, 2015, with each party to bear its own respective costs and attorneys' fees.

Dated: November 7, 2013.

/s/ John W. Crongeyer
John W. Crongeyer
2170 Defoor Hills Rd.
Atlanta, GA 30309
404-542-6205
Fax: 404-872-3745
Email: jwc@birdlawgroup.com

/s/ David Davenport
David W. Davenport
Lamar Archer & Cofrin, LLP
50 Hurt Plaza, S.E., Suite 900
Atlanta, GA 30303
404-577-1777
Fax: 404-577-9490
Email: dwdavenport@laclaw.net

Counsel for Baltimore County, Maryland

/s/ J. Stephen Simms
John Thomas Ward
M. Scotland Morris
Simms Showers LLP
20 S. Charles St., Ste. 702
Baltimore, MD 21201
410-783-5795
Fax: 410-510-1789
Email: jssimms@simmsshowers.com
Email: jtward@simmsshowers.com
Email: smorris@simmsshowers.com

Counsel for Orbitz, LLC and Trip
Network, Inc. (d/b/a Cheaptickets.com)

/s/ Jeffrey A Rossman
Elizabeth B. Herrington
Michael S. Yellin
McDermott Will and Emery LLP
227 W Monroe St No 4400
Chicago, IL 60606
312-372-2000
Fax: 312-984-7700
Email:eherrington@mwe.com
Email: jrossman@mwe.com
Email: myellin@mwe.com

Counsel for Orbitz, LLC and Trip
Network, Inc. (d/b/a Cheaptickets.com)

SO ORDERED, on Friday, November 8, 2013.


                    /s/
             Marvin J. Garbis
          United States District Judge