FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 JAN 17 A 11: 49

CLERK'S OFFICE
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

BALTIMORE COUNTY, MARYLAND      *

    Plaintiff,      * Civil Action No. MJG-10-1104

v.      *

PRICELINE.COM INCORPORATED, *ET AL.*,      *

    Defendants.      *

\*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL, WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Plaintiff and Travelocity.com LP and Site59.com LLC hereby stipulate to the dismissal of this case with prejudice with respect to any claims relating to conduct occurring up to August 1, 2014, with each party to bear its own respective costs and attorneys' fees.

Dated: January 16, 2014.

| | |
|---|---|
| /s/ John W. Crongeyer | /s/ David Davenport |
| John W. Crongeyer | David W. Davenport |
| 2170 Defoor Hills Rd. | Lamar Archer & Cofrin, LLP |
| Atlanta, GA 30309 | 50 Hurt Plaza, S.E., Suite 900 |
| 404-542-6205 | Atlanta, GA 30303 |
| Fax: 404-872-3745 | 404-577-1777 |
| Email: jwc@birdlawgroup.com | Fax: 404-577-9490 |
| | Email: dwdavenport@laclaw.net |

Counsel for Baltimore County, Maryland

SO ORDERED, on Thursday, January 16, 2014.

                                                             /s/
                                            Marvin J. Garbis
                                      United States District Judge